## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OTIS R. MCKINLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2631** |
| **NATE CAIN** | **SECTION "F"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, subject to the following: The court clarifies that March 21, 2006 represents the date of McKinley's latest resentencing and not the date on which that judgment of conviction became final; that this habeas petition is not successive in light of In re Lampton, 667 F.3d 585 (5th Cir. 2012); and that McKinley alleges that on April 18, 2012, he filed another state-court challenge to his March 21, 2006 resentencing. These clarifications do not affect the disposition of this case. Therefore,

**IT IS ORDERED** that the petition of Otis R. McKinley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this __2nd_____ day of _____October_____, 2013.

_____
UNITED STATES DISTRICT JUDGE